# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schenkier, Sidney I. | Northern District of Illinois i | 04/30/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Full-time Magistrate Judge | ☐ Nomination ☐ Date <br> ☐ Initial ☐ Annual ☑ Final <br><br> 5b. ☐ Amended Report | 01/01/2019 <br> **to** <br> 04/30/2020 |

**7. Chambers or Office Address**

Dirksen Federal Building
219 South Dearborn Street
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor | Northwestern University School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 04/30/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019-2020 | Northwestern University School of Law - Payment for work as Adjunct Professor | $10,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 04/30/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schenkier, Sidney I. | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Fidelity Growth Fund (FDGRX) | D | Dividend | N | T | Sold (part) | 04/23/19 | K | D | |
| 2. Schwab 1000 Fund (SNXFX) | A | Dividend | J | T | | | | | |
| 3. Janus Henderson Small Cap Fund, (JSCVX) | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 4. Schwab Money Market Fund | A | Interest | N | T | | | | | |
| 5. I Shares Dividend Index Fund (DVY) | A | Dividend | | | Sold (part) | 01/14/19 | J | B | |
| 6. | | | | | Sold (part) | 02/19/19 | J | B | |
| 7. | | | | | Sold (part) | 03/04/19 | J | B | |
| 8. | | | | | Sold | 04/23/19 | J | B | |
| 9. Nike Common Stock | A | Dividend | J | T | | | | | |
| 10. Schwab Large Cap Growth Fund (SCHG) | C | Dividend | M | T | | | | | |
| 11. I Shares S&P Index Fund (IVV) | A | Dividend | J | T | | | | | |
| 12. Wisdom Tree Large Cap Fund (DLN) | C | Dividend | K | T | | | | | |
| 13. Parnassus Mid-Cap Fund (PARMX) | B | Dividend | M | T | | | | | |
| 14. Vanguard Total Stock Index Fund (VTI) | C | Dividend | M | T | Sold (part) | 01/27/19 | J | C | |
| 15. | | | | | Sold (part) | 07/09/19 | K | C | |
| 16. TIAA CREF Equity Fund | A | Dividend | J | T | | | | | |
| 17. Apple Common Stock | A | Dividend | K | T | Sold (part) | 09/16/19 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schenkier, Sidney I.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | | | | | Buy<br>(add'l) | 04/06/20 | K | | |
| 19. Schwab U.S. REIT ETF (SCHH) | A | Dividend | | | Sold | 07/22/19 | K | C | |
| 20. Schwab Large Cap ETF (SCHX) | A | Dividend | | | Sold | 01/15/19 | J | A | |
| 21. Artisan Int'l Fund | B | Dividend | K | T | | | | | |
| 22. Fidelity Small Cap Discovery Fund (FSCRX) | A | Dividend | | | Sold<br>(part) | 03/20/19 | J | A | |
| 23. | | | | | Sold<br>(part) | 04/02/19 | J | A | |
| 24. | | | | | Sold | 04/22/19 | J | A | |
| 25. Janus Global Health Fund (JFNIX) | A | Dividend | K | T | Sold<br>(part) | 06/21/19 | K | B | |
| 26. | | | | | Sold<br>(part) | 08/22/19 | J | A | |
| 27. AFG Common Stock | A | Dividend | | | Sold | 08/06/19 | K | D | |
| 28. Oakmark Fund | A | Dividend | | | Sold<br>(part) | 06/20/19 | K | C | |
| 29. | | | | | Sold<br>(part) | 08/22/19 | K | B | |
| 30. | | | | | Sold<br>(part) | 09/16/19 | K | B | |
| 31. | | | | | Sold | 01/06/20 | K | C | |
| 32. Schwab 529 Plan: 100% Moderate Portfolio | A | Int./Div. | J | T | Buy<br>(add'l) | 08/22/19 | J | | |
| 33. Walt Disney Common Stock | A | Dividend | K | T | Sold<br>(part) | 08/22/19 | J | C | |
| 34. VISA Common Stock (V) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Intel Common Stock (INTC) | A | Dividend | | | Sold | 09/16/19 | K | C | |
| 36. Schwab U.S. Dividend Fund (SCHD) | C | Dividend | | | Sold | 08/22/19 | L | C | |
| 37. Vanguard Corp. Bond Fund (VCIT) | B | Int./Div. | K | T | Sold (part) | 03/24/20 | J | A | |
| 38. Schwab Inflation Protected Bond Fund (SCHP) | B | Int./Div. | K | T | | | | | |
| 39. Ridgeworth High Yield Bond Fund (SAMHX) | B | Int./Div. | | | Sold | 01/06/20 | K | A | |
| 40. Piper Jaffray Common Stock (PJC) | A | Dividend | | | Sold | 08/06/19 | J | A | |
| 41. Merck Common Stock (MRK) | A | Dividend | J | T | Sold (part) | 09/16/19 | J | B | |
| 42. Vistra Energy (VST) | A | Dividend | J | T | Buy | 01/27/20 | J | | |
| 43. Danaher (DHR) | A | Dividend | K | T | Buy | 01/27/20 | K | | |
| 44. Calvert Agg. Allocation Fund (CAAAX) | A | Dividend | J | T | Buy | 06/04/19 | J | | |
| 45. Google (Alphabet) Common Stock | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 46. Berkshire Hathaway Common Stock | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 47. Costco Common Stock | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 48. Johnson & Johnson Common Stock | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 49. JP Morgan Common Stock | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 50. Global X US Preferred ETF (PFFD) | A | Dividend | K | T | Buy | 04/06/20 | K | | |
| 51. AES Corp. Common Stock | A | Dividend | K | T | Buy | 04/06/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schenkier, Sidney I.** | 04/30/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  Caterpillar Common Stock | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 53.  Gilead Common Stock | A | Dividend | J | T | Buy | 03/10/20 | J | | |
| 54.  Alps Clean Energy ETF (ACES) | A | Dividend | J | T | Buy | 02/05/20 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schenkier, Sidney I.** | 04/30/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I am retiring effective at the end of April 30, 2020, and so this is a final report covering the period January 1, 2019 through my retirement.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney I. Schenkier**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544